NORA A. TELFORD, Appellant, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Respondent.

(Argued December 4, 1928; decided December 31, 1928.)

*John J. Finn* and *Donald McLean Somers* for appellant. *Martin T. Nachtmann* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.